1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  SACRAMENTO SUBURBAN WATER          No. 2:22-cv-01005 CKD
    DISTRICT,
12
                   Plaintiff,
13                                     ORDER
           v.
14
15  3M COMPANY, et al.,
                   Defendants.
16
17

18         This action was assigned to the undersigned Magistrate Judge under the court's automated

19  case assignment plan. See Local Rules, Appendix A, subsection (m). Defendants filed a motion to

20  dismiss on August 15, 2022, currently set for a hearing before the undersigned on October 5,

21  2022. (ECF Nos. 8, 9.)

22         To date, the form entitled Consent to Assignment or Request for Reassignment has not

23  been filed by any party. (See ECF No. 3-1.) Prompt return of this form allows for proper case

24  assignment and administrative processing. If all parties do not consent to the jurisdiction of a

25  Magistrate Judge for all purposes, including for the entry of final judgment under 28 U.S.C. §

26  636(c), then a motion to dismiss must be heard by a District Judge. See Local Rule 230(k) ("Only

27  those motions in matters specified in L.R. 302 and 303 shall be noticed, briefed, and argued

28  before a Magistrate Judge. All other motions shall be noticed, briefed, and argued before a

1   Judge."); see also Local Rule 301 ("Upon the consent of all appearing parties, the Magistrate

2   Judges are specially… designated to conduct any and all proceedings in any civil action,

3   including the conduct of jury or nonjury trials, and to order the entry of final judgments….").

4        The parties received information about the option to consent to Magistrate Judge

5   jurisdiction and return of the form entitled Consent to Assignment or Request for Reassignment.

6   (See ECF No. 3-1.) Returning this form will notify the Clerk of the Court of a party's election. No

7   judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P.

8   73(b)(1).

9        If any party declines Magistrate Judge jurisdiction, then a District Judge will be assigned

10   to this case as the presiding judge, with the undersigned continuing for the referral purposes as set

11   forth in the Local Rules. If a District Judge is assigned as the presiding judge, then the motion

12   hearing currently set before the undersigned will be vacated so that it can be re-set before the

13   presiding judge.

14        For the foregoing reasons, it is HEREBY ORDERED that no later than **August 26, 2022**,

15   all parties shall file their completed form entitled Consent to Assignment or Request for

16   Reassignment.

17   Dated:  August 16, 2022

18   _____
     CAROLYN K. DELANEY
19   UNITED STATES MAGISTRATE JUDGE

20

21   8.Cervantes22cv829.cdf

22

23

24

25

26

27

28

                                        2