VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
STEPHANIE D. BIEHL (SBN 306777)
stephanie@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel.: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiff Sacramento Suburban Water District*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>             Plaintiff,<br><br>      v.<br><br>THE 3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING CO.), E. I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, and DOES 1 through 10,<br><br>             Defendants. | Case No. 2:22-cv-01005-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**<br><br>Motions to dismiss served: August 15, 2022<br>Current response date: August 29, 2022<br>New response date: September 1, 2022<br><br>Presiding Judge: Hon. Carolyn K. Delaney |

Plaintiff Sacramento Suburban Water District ("Plaintiff"), on the one hand, and Defendants 3M Company, E. I. du Pont de Nemours and Company, and The Chemours Company ("Defendants"), on the other hand, hereby stipulate to and request an order setting a briefing schedule on Defendants' pending motions to dismiss.

*Whereas*, Defendants filed two motions to dismiss the complaint in this action on August 15, 2022 (ECF Nos. 8, 9 ("Motions"));

*Whereas*, pursuant to Local Rule 230(c), Plaintiff's oppositions to the Motions are due on August 29, 2022;

*Whereas*, a hearing is set on the Motions for October 5, 2022;

*Whereas*, Plaintiff will benefit from a short, three-day extension of the deadline to prepare its oppositions to the Motions;

*Whereas*, the Parties wish to set a date certain deadline for Defendants' replies in support of the Motions;

*Whereas*, the Parties do not seek a continuance of the scheduled hearing on the Motions;

*Whereas*, the Parties have conferred in writing and all Parties consent to the proposed briefing schedule set forth below;

*Whereas,* the Parties further agree the instant Stipulation is without prejudice to Defendants' challenge to the exercise of personal jurisdiction over Defendants in this Court.

*Now, Therefore, It is Stipulated and Agreed that* Plaintiff's opposition to Defendants' Motions shall be due on September 1, 2022; and Defendants' replies in support the Motions shall be due on September 15, 2022.

IT IS SO ORDERED.

Dated:  August 18, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.sswd.36stip

Stipulated to:

Dated: August 17, 2022         By: /s/ *Timothy R. Sloane*
                               VICTOR M. SHER (SBN 96197)
                               MATTHEW K. EDLING (SBN 250940)
                               STEPHANIE D. BIEHL (SBN 306777)
                               TIMOTHY R. SLOANE (SBN 292864)
                               **SHER EDLING LLP**
                               100 Montgomery St. Ste. 1410
                               San Francisco, CA 94104
                               Tel.: (628) 231-2500
                               vic@sheredling.com
                               matt@sheredling.com
                               stephanie@sheredling.com
                               tim@sheredling.com

                               *Attorneys for Plaintiff*
                               *Sacramento Suburban Water District*

Dated: August 17, 2022         By: /s/ *Adam M. Rapp* (*as authorized on 08/17/22*)
                               ANDREW T. MORTL (SBN 177876)
                               ADAM M. RAPP (SBN 280824)
                               **GLYNN, FINLEY, MORTL, HANLON & FRIEDENBERG, LLP**
                               One Walnut Creek Center
                               100 Pringle Avenue, Suite 500
                               Walnut Creek, CA 94596
                               Tel.: (925) 210-2800
                               amortl@glynnfinley.com
                               arapp@glynnfinley.com

                               *Attorneys for Defendants*
                               *E. I. du Pont de Nemours and Company and*
                               *The Chemours Company*

Dated: August 17, 2022         **MAYER BROWN LLP**

                               By: /s/ *J. Tom Boer* (*as authorized on 08/17/22*)
                               J. Tom Boer, (SBN 199563)
                               **HOGAN LOVELLS LLP**
                               3 Embarcadero Center, Suite 1500
                               San Francisco, CA 94111
                               Tel.: (415) 374-2336
                               tom.boer@hoganlovells.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dan Queen (SBN 292275)
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 229-9500
DQueen@mayerbrown.com

*Attorneys for Defendant 3M Company*