MAYER BROWN LLP
DANIEL QUEEN (Bar No. 292275)
dqueen@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
RICHARD F. BULGER (pro hac vice forthcoming)
rbulger@mayerbrown.com
71 S. Wacker Drive
Chicago, IL 60606
Telephone:    (312) 782-0600
Facsimile:    (312) 701-7711

HOGAN LOVELLS US LLP
TOM BOER (SBN 199563)
tom.boer@hoganlovells.com
OLIVIA MOLODANOF (SBN 328554)
olivia.molodanof@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Telephone:    (415) 374-2300
Facsimile:    (415) 374-2499

Attorneys for Defendant
3M Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Co.), E. I. DUPONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; and DOES 1 through 10,<br><br>Defendant. | Case No.  2:22-cv-01005-KJM-JDP<br><br>**ORDER TO TEMPORARILY POSTPONE THE RULE 26 SCHEDULING CONFERENCE AND SUBMITTAL OF THE RULE 26(f) DISCOVERY PLAN**<br><br>Honorable Kimberly J. Mueller<br><br>Action Filed: June 10, 2022 |

1  In light of the Parties' Joint Stipulation to Temporarily Postpone the Rule 26 Scheduling Conference and Submittal of the Rule 26(f) Discovery Plan, and in furtherance of orderly case management of this matter, the Court hereby orders that (1) the scheduling of the Rule 26 Scheduling Conference and the submittal Rule 26(f) Discovery Plan be postponed until after the October 7, 2022 Pretrial Scheduling Conference set for October 7, 2022, and (2) that the Parties be prepared to discuss the appropriate timing for the Rule 26 Scheduling Conference and submittal of the Rule 26(f) Discovery Plan at the October 7, 2022 Pretrial Scheduling Conference.

IT IS SO ORDERED.

DATED:  September 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE